UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNINE L. SOMBERG o/b/o DYLAN S. SOMBERG,

    Plaintiff,

v.
                                Case No. 13-10330

UTICA COMMUNITY SCHOOLS,

    Defendant.
                                                     /

## JUDGMENT

In accordance with the Defendant's "Offer of Judgment," timely accepted by Plaintiff,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Jeannine L. Somberg o/b/o Dylan S. Somberg and against Defendant Utica Community Schools, in the amount of $25,000, including all attorney fees and costs. *See* Fed. R. Civ. P. 68(a). Dated at Detroit, Michigan, this 15th day of August, 2013.

                                                      DAVID J. WEAVER
                                                     CLERK OF THE COURT


                                                   S/Holly Monda for Lisa Wagner
                                                   By: Case Manager and Deputy Clerk to
                                                        Judge Robert H. Cleland